UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22mj02150 Becerra

UNITED STATES OF AMERICA

vs.

RUDY RODRIGUEZ REYES,
    a/k/a "RUDY JOSE REYES-RODRIGUEZ,"
    a/k/a "RUDY REYESRODRIGUEZ,"
    a/k/a "RUDY RODRIGUEZ-REYES,"

    **Defendant.**
    _____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___Yes  _x_ No

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

BY:   _/s/ Katherine W. Guthrie_____
      Katherine W. Guthrie
      Assistant United States Attorney
      Court ID No. A5502786
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: 786-390-8262
      Email: Katherine.Guthrie@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Rudy Rodriguez Reyes,<br>a/k/a "Rudy Jose Reyes-Rodriguez,"<br>a/k/a "Rudy ReyesRodriguez,"<br>a/k/a "Rudy Rodriguez-Reyes,"<br><br>*Defendant(s)* | Case No. 1:22mj02150 Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 17, 2021** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry by a Removed Alien |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rafael Utrera, Deportation Officer, ERO Criminal Prosecutions
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Telephone**

Date: 01/31/2022

_____
*Judge's signature*

Hon. Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

City and state: Miami, Florida

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Deportation Officer Rafael Utrera being duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a federal law enforcement officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), and have been since May 2007. Prior to assuming this position, I was a Customs and Border Protection Officer with United States Customs and Border Protection since September 2003. I am currently assigned to the Miami Field Office, ERO Criminal Prosecutions Unit. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, and other federal criminal offenses contained in Title 8 and 18 of the United States Code, to include the reentry of illegal aliens into the United States. During my 18 years of law enforcement experience, I have participated in numerous criminal and administrative immigration-related investigations. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

2. This Affidavit is submitted to establish probable cause in support of a criminal complaint against Rudy RODRIGUEZ REYES, a/k/a Rudy Jose REYES-RODRIGUEZ, Rudy REYESRODRIGUEZ, Rudy RODRIGUEZ-REYES for illegal reentry of removed aliens, in violation of Title 8, United States Code, Section 1326(a).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officers and support personnel, and my review of the evidence. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the requested complaint, I have not included each and every fact

known to law enforcement.

## PROBABLE CAUSE

4. RODRIGUEZ REYES is an alien who was previously removed and deported from the United States on several occasions (as further described below).

5. On or about September 17, 2021, ICE/ERO received a positive biometric fingerprint match alerting them that RODRIGUEZ REYES had been arrested and booked in Miami-Dade County. An ICE Detainer (I-247) was lodged, but RODRIGUEZ REYES remained in Miami-Dade County's custody until on or about January 12, 2022, when he was transferred into ICE/ERO custody pending removal.

6. The positive biometric fingerprint match, documents from RODRIGUEZ REYES' Alien File (A205 257 632), and computer records confirmed RODRIGUEZ REYES is a citizen of Guatemala who was previously removed from the United States.

7. I reviewed copies of immigration documents contained in RODRIGUEZ REYES' Alien File, including his biographical information, records of encounters with ICE, photographs, and fingerprints. A review of his Alien File reflected the following information:

   a. RODRIGUEZ REYES is a citizen and national of Guatemala;

   b. On or about March 6, 2012, RODRIGUEZ REYES was encountered by Border Patrol at or near Three Points, AZ;

   c. On or about March 8, 2012, RODRIGUEZ REYES was processed under Expedited Removal Proceedings pursuant to section 235(b)(1) of the Immigration and Nationality Act, Title 8, United States Code, Section 1225(b)(1) and determined to be inadmissible to the United States;

   d. On or about March 16, 2012, RODRIGUEZ REYES was removed to Guatemala

      via ICE-Air Operations from at or near Mesa, AZ;

e. On or about December 9, 2019, RODRIGUEZ REYES was again encountered by ICE/ERO through a joint effort with Florida Department of Correction and an Immigration Detainer was lodged;

f. On or about February 26, 2020, RODRIGUEZ REYES was again removed to Guatemala via ICE-Air Operations from at or near Miami, FL.

8. A review of RODRIGUEZ REYES's Alien File and a query of immigration databases did not show that RODRIGUEZ REYES had the consent of the Attorney General of the United States or his successor, or the Secretary of Homeland Security to reenter the United States or reapply for readmission to the United States.

## CONCLUSION

9. Based on the foregoing facts, I believe that probable cause exists that RODRIGUEZ REYES, a citizen and national of Guatemala, committed the offense of illegal reentry into the United States after having been previously removed, in violation of 8 U.S.C. § 1326(a).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Rafael Utrera, ICE Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this \_\_31st\_\_ day of January 2022.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE